CR-08 00454 JW   HRL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

SEALED BY ORDER OF THE COURT

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

---

THE UNITED STATES OF AMERICA

*vs.*

FORREST WILLIAM McELFRESH

---

## INDICTMENT

**COUNT ONE:** Title 18, United States Code, § 2252(a)(2) - Receipt of Material Involving the Sexual Exploitation of Minors;

**COUNT TWO:** Title 18, United States Code, § 2252(a)(4)(B) - Possession of Material Involving the Sexual Exploitation of Minors

---

*A true bill.*

_____
Foreperson

*Filed in open court this* __9th__ *day of* __July__

A.D. 2008

No Bail Arrest Warrant
RS

_____
United States Magistrate Judge

Bail. $ _____

DOCUMENT NO.   CSA's INITIALS
1
DISTRICT COURT
CRIMINAL CASE PROCESSING

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

**FILED**

2008 JUL -9 P 3:09

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**SEALED BY ORDER
OF THE COURT**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CR-08 00454

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FORREST WILLIAM McELFRESH,<br><br>    Defendant. | No.<br><br>VIOLATIONS: 18 U.S.C. § 2252(a)(2) – Receipt of Material Involving the Sexual Exploitation of Minors; 18 U.S.C. § 2252(a)(4)(B) – Possession of Material Involving the Sexual Exploitation of Minors; 18 U.S.C. §§ 2253(a)(1) & (a)(3) – Criminal Forfeiture<br><br>SAN JOSE VENUE<br><br>**UNDER SEAL** |

## INDICTMENT

The Grand Jury charges:

<u>COUNT ONE:</u>  (18 U.S.C. § 2252(a)(2) – Receipt of Material Involving the Sexual Exploitation of Minors)

On or about January 23, 2008, in the Northern District of California, the defendant,

FORREST WILLIAM McELFRESH,

did knowingly and intentionally receive, by means of computer, certain visual depictions which had been shipped and transported in interstate and foreign commerce, the producing of which (1) involved the use of one and more minors engaging in sexually explicit conduct, and

INDICTMENT
U.S. v. McELFRESH

1  (2) depicted such conduct, in violation of Title 18, United States Code, Section 2252(a)(2).

2  COUNT TWO: (18 U.S.C. § 2252(a)(4)(B) – Possession of Material Involving the Sexual Exploitation of Minors)

On or about February 15, 2008, in the Northern District of California, the defendant,

FORREST WILLIAM McELFRESH,

did knowingly and intentionally possess one and more electronically-stored visual depictions which had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and the producing of which (1) involved the use of one and more minors engaging in sexually explicit conduct, and (2) depicted such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

FORFEITURE ALLEGATION: (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)

The allegations contained in Counts One through Three of this Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Upon conviction of the offenses alleged in Counts One through Three above, or any of them, the defendant,

FORREST WILLIAM. McELFRESH,

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3), all visual depictions described in Title 18, United States Code, Section 2252, and all property, real or personal, used or intended to be used to commit or promote the commission of the offenses of conviction, including but not limited to, a G5 Macintosh CPU, serial number

///

INDICTMENT
U.S. v. McELFRESH                        2

FZ3398DYO9ZA, with Lexor card reader and 8 megabyte compact card, which was seized from 703 Clara Drive, Palo Alto, California.

DATED: 7/9/08

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSIONELLO
United States Attorney

_____
MATTHEW A. PARRELLA
Chief, San Jose Branch Office

(Approved as to form: _____)
AUSA CHEW

INDICTMENT
U.S. v. McELFRESH                      3

AO 257 (Rev. 6/78)

```
┌─────────────────────────────────────────────────────────────────────────────────────────────┐
│  DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT               │
└─────────────────────────────────────────────────────────────────────────────────────────────┘
```

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT          Name of District Court, and/or Judge/Magistrate Location
                                 ☐ SUPERSEDING         NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
18 U.S.C. 2252(a)(2)
18 U.S.C. 2252(a)(4)(B)                      ☐ Petty
18 U.S.C. 2253(a)(1) and (a)(3) - Criminal   ☐ Minor
Forfeiture                                    ☐ Misde-
                                                meanor
                                              ☑ Felony

*SEALED BY ORDER OF THE COURT*

── DEFENDANT ──

─ DEFENDANT ─

▶ FORREST WILLIAM McELFRESH

DISTRICT COURT NUMBER
CR - 08 - 00454 JW
HRL

PENALTY:
See attached sheet

**DEFENDANT**

**IS *NOT* IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding.
     If not detained give date any prior summons
     was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
FBI Special Agent Wade Luders

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction                  } ☐ Fed'l  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

☐ this is a reprosecution of charges previously dismissed
    which were dismissed on motion of:              SHOW
    ☐ U.S. Att'y  ☐ Defense              DOCKET NO.

☐ this prosecution relates to a
    pending case involving this same
    defendant                              MAGISTRATE
                                           CASE NO.
☐ prior proceedings or appearance(s)
    before U.S. Magistrate regarding
    this defendant were recorded under ▶

Has detainer   ☐ Yes   } If "Yes"
been filed?    ☐ No    } give date filed

DATE OF      ▶   Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not
                             Month/Day/Year
DATE TRANSFERRED ▶
TO U.S. CUSTODY

Name and Office of Person
Furnishing Information on
THIS FORM              Joseph P. Russoniello
                       ☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    Hanley Chew

☐ This report amends AO 257 previously submitted

── **ADDITIONAL INFORMATION OR COMMENTS** ──

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons
Defendant Address:                      or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# Attachment to
# Penalty Sheet for
# United States v. Forrest William McElfresh

Count One: Receipt of Material Involving the Sexual Exploitation of Minors (18 U.S.C. § 2252(a)(2))

Maximum Penalties:
    20 years (5 year mandatory minimum)
    $250,000 fine
    Lifetime supervised release (5 year mandatory minimum)
    $100 mandatory special assessment

Count Two: Possession of Material Involving the Sexual Exploitation of Minors (18 U.S.C. § 2252(a)(4))

Maximum Penalties:
    10 years
    $250,000 fine
    Lifetime supervised release (5 year mandatory minimum)
    $100 mandatory special assessment

Forfeiture Allegation: 18 U.S.C. 2253(a)(1) and (a)(3)