1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division

3
    HANLEY CHEW (CSBN 189985)
4   Assistant United States Attorney

5   150 Almaden Boulevard, Suite 900
    San Jose, California 95113
6   Telephone: (408) 535-5061
    E-mail: hanley.chew@usdoj.gov

7
    Attorneys for Plaintiff

8                      UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,              No. CR-08 00454

13            Plaintiff,
                                           MOTION AND [PROPOSED] ORDER TO
14        v.                               SEAL INDICTMENT AND ARREST
                                           WARRANT
15  FORREST WILLIAM McELFRESH,

16            Defendant.

17  _____

18

19        The United States, through undersigned counsel, respectfully moves this Court to seal the

20  above-captioned indictment and arrest warrant until the defendant Forrest William McElfresh

21  makes his initial appearance before this Court.

22

23  DATED: July 9, 2008                    Respectfully submitted,

24                                         JOSEPH P. RUSSONIELLO
                                           United States Attorney
25

26

27  HANLEY CHEW
    Assistant United States Attorney
28

MOTION AND [PROPOSED] ORDER TO SEAL
U.S. v. McELFRESH

FILED

2008 JUL -9 P 3: 08

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

SEALED BY ORDER
OF THE COURT

1

ORDER

2    On the motion of the United States, and good cause appearing therefor, the Court

3    HEREBY ORDERS that the indictment and arrest warrant in the above-captioned matter be

4    sealed until defendant Forrest William McElfresh makes his initial appearance before this Court.

5

6    DATED: July 9, 2008

       THE HONORABLE RICHARD SEEBORG

7           United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION AND [PROPOSED] ORDER TO SEAL
U.S. v. McELFRESH