# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

### CRIMINAL MINUTES

**Judge: James Ware**  
**Date:  August 25, 2008**  
**Case No.: CR- 08-0454JW**  
**Related Case No.: N/A**

**Courtroom Deputy: Elizabeth Garcia**  
**Court Reporter: Irene Rodriguez**  
**U.S. Probation Officer: N/A**  
**Interpreter:   N/A**

### TITLE

**U.S.A. v.  Forrest William McElfresh (C)**

**Attorney(s) for Plaintiff(s): Hanley Chew**  
**Attorney(s) for Defendant(s): Manuel Araujo**

### PROCEEDINGS

**Status/Trial Setting**

### ORDER AFTER HEARING

**Hearing Held.  Defendant present and in custody for proceedings.  This is the Defendant's initial appearance before this Court.  The Court continued this matter to September 29, 2008 at 1:30 PM for Trial Setting or Disposition.  The Court excluded time from August 25, 2008 through September 29, 2008 for effective preparation of counsel and for efforts to resolve this matter short of trial.**

Last Date for Trial: October 22, 2008

*Elizabeth C. Garcia*  
Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed**  
CC: